IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARC R. TIBBETTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:16-cv-00883-DRH-SCW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

**FIRST AMENDED COMPLAINT**

**JURISDICTION**

Jurisdiction lies pursuant to the Federal Tort Claims Act, Title 28 U.S.C. 2674.

**COUNT I**

(Negligence v. United States of America)

Comes now the plaintiff, MARC R. TIBBETTS, by and through his attorneys, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count I of his Complaint against the defendant, UNITED STATES OF AMERICA, states:

1. That at all times herein mentioned, the defendant, United States of America, owned and operated a medical center, Marion VA Medical Center, in Marion, Illinois, and a Community Based Outpatient Clinic in Mt. Vernon, Illinois, when it, by and through its agents, servants, and employees, assumed the care and pain management of plaintiff Marc R. Tibbetts.

2. That as of June 4, 2013, Plaintiff had been treated by Defendant for chronic pain for over fifteen years and during that time had been prescribed by Defendant opioid pain medication and other pain management treatment for said chronic pain.

3. That on or about June 4, 2013, and continuing thereafter, Defendant discontinued Plaintiff's prescription opioid treatment dosage refused further prescription of opioid treatment or supplemental efficacious treatment for chronic pain.

4. That Defendant, individually and by and through its agents, apparent agents, servants, and employees was guilty of one or more of the following negligent acts or omissions:

    a) Discontinuation of opioid dosage;
    b) Failure to appropriately manage discontinuation of opioid treatment;
    c) Failure to supplement alternative chronic pain medication or treatment for discontinuation of longstanding opioid treatment.

5. That as a direct and proximate result of the negligence of Defendant as aforesaid, Plaintiff suffered debilitating symptoms of withdrawal, pain and suffering, mental anguish, loss of enjoyment of normal life; his chronic pain went insufficiently treated; he has been prevented from attending to his usual affairs and duties; and he has incurred hospital, medical, and related expenses, all to his damage in a substantial amount.

WHEREFORE, Plaintiff demands judgment against Defendant in the amount of Three Hundred Fifty Thousand Dollars ($350,000.00), plus costs.

>
> _____
> THOMAS Q. KEEFE, JR.
> IL REG NO. 03123418
> Attorney for Plaintiff

**KEEFE, KEEFE & UNSELL, P.C.**
**#6 Executive Woods Court**
**Belleville, IL  62226**
**618/236-2221 (Telephone)**
**618/236-2194 (Facsimile)**

### CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2017, a copy of the foregoing was electronically filed in the District Court for the Southern District of Illinois via CM/ECF and was thereby was electronically served on all counsel of record, including counsel for the United States of America:

Nathan E. Wyatt
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
Nathan.Wyatt@usdoj.gov

>
> /s/ Thomas Q. Keefe, Jr.