IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARC R. TIBBETTS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action Number 16-cv-883-DRH-SCW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff, Marc R. Tibbetts, by and through his attorney, Thomas Q. Keefe, Jr., and Defendant, United States of America, by its attorneys, Donald S Boyce, United States Attorney for the Southern District of Illinois, and Nathan E. Wyatt, Assistant United States Attorney, hereby jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

Respectfully submitted,

*s/ Thomas Q. Keefe, Jr. (with consent)*
THOMAS Q. KEEFE, JR.
KEEFE, KEEFE & UNSELL, P.C.
#6 Executive Woods Court
Belleville, IL 62226
**(Attorney for Plaintiff)**

DONALD S. BOYCE
United States Attorney

*s/ Nathan E. Wyatt*
NATHAN E. WYATT
Assistant United States Attorney
Office of the United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone:   618-628-3700
FAX:   618-622-3810
E-mail:   Nathan.Wyatt@usdoj.gov
**(Attorney for the United States)**