UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MARC R. TIBBETTS,

    Plaintiff,

v.                                       No. 3:16-cv-00883-DRH-SCW

UNITED STATES OF AMERICA,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation for Voluntary Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) (Doc. 47), this case is **DISMISSED with prejudice,** with each party to bear its own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/ *Alex Francis*
        Deputy Clerk

APPROVED:

Judge Herndon
2017.11.29
16:46:00 -06'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT